UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER VILLATORO,<br><br>  Plaintiff,<br><br>  v.<br><br>ERICK SANTIAGO, et al.,<br><br>  Defendants. | Case No. 3:16-cv-01697-EDL   (KAW)<br><br>**ORDER TO SHOW CAUSE TO ERICK SANTIAGO FOR FAILURE TO APPEAR AT THE 10/14/16 SETTLEMENT CONFERENCE** |

On October 14, 2016, the Court held a settlement conference at which Defendant Erick Santiago did not appear. (10/14/16 Minute Entry, Dkt. No. 29.) Defendant also failed to lodge a settlement conference statement pursuant to the undersigned's Standing Order for Settlement Conferences. (Dkt. No. 28.) Defendant similarly did not respond to any of the voicemail messages from the undersigned's chambers the week of the settlement conference. *Id.*

On October 14, 2016, Plaintiff's counsel Kevin Elliott filed a declaration setting forth the attorneys' fees and costs incurred in relation to the settlement conference, which totaled $1,976.50. (Elliott Decl., Dkt. No. 30 ¶ 5.) Mr. Elliott's billing rate is $295 per hour, and he spent 6.7 hours to prepare for and attend the settlement conference. (Elliott Decl. ¶ 6.)

Accordingly, Erick Santiago is ORDERED TO SHOW CAUSE, in writing, by no later than **November 4, 2016**, why he should not pay monetary sanctions in the amount of $1,976.50 to reimburse Plaintiff's counsel for the time and expenses incurred as a result of his failure to appear at the October 14, 2016 settlement conference.

///

///

///

1   Failure to comply with this order may result in the imposition of sanctions against Mr.
2   Santiago.
3   IT IS SO ORDERED.
4   Dated: October 19, 2016

KANDIS A. WESTMORE
United States Magistrate Judge